

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2014

No. 04-14-00529-CV

**THE UNKNOWN HEIRS OF C R DELK, DECEASED**, et al.,
Appellants

v.

**VAL VERDE COUNTY,** et al,
Appellees

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 25395
Robert Cadena, Judge Presiding

## O R D E R

On November 5, 2014, this court received appellants' brief. The brief violates Rule 38 of the Texas Rules of Appellate Procedure in that it does not contain any of the requirements listed in Rule 38.1. *See* TEX. R. APP. P. 38.1. It is therefore ORDERED that the brief filed by the appellants is STRICKEN from our record. It is FURTHER ORDERED that appellants file an amended brief in compliance with Rule 38.1 no later than thirty days from the date of this order or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court